PEOPLE ex rel. CITY OF NEW YORK v. GOOSEN et al.

(Supreme Court, Appellate Division, First Department. March 22, 1912.)

Certiorari by the People, on the relation of the City of New York, against Julia E. Goosen and others, to review the proceedings of the board of assessors. Writs sustained, and proceedings before the board of assessors dismissed.

Argued before INGRAHAM, P. J., and McLAUGHLIN, LAUGHLIN, CLARKE, and MILLER, JJ.

Clarence L. Barber, for relator.

A. C. & F. W. Hottenroth (Morgan J. O'Brien, of counsel), for defendants.

PER CURIAM. For the reasons stated in the opinion in People of the State of New York ex rel. City of New York v. Sandrock Realty Company, 134 N. Y. Supp. 427, decided herewith, the writ should be sustained, and the proceedings before the board of assessors dismissed.